IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>ETN AMERICA INC. and SHLOMI COHEN,<br><br>        Defendants. | Civil Action No. 3:25-cv-00882-JKM |

**ORDER**

      AND NOW this _____ day of June, 2025, upon the Unopposed Motion of Defendant ETN America Inc. and Defendant Shlomi Cohen (collectively "Defendants") for an Extension of Time to Respond to Plaintiff Joseph Friel's ("Plaintiff") Complaint, it is hereby ORDERED that the Motion is Granted. Defendant shall answer, move, or otherwise respond to the Complaint on or before July 7, 2025.

                                                                             **BY THE COURT:**

**Dated:** _____

                                                                       **HON. JULIA K MUNLEY**