# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH FRIEL,** individually and on behalf of a class of all persons and entities similarly situated, | : : : : | No. 3:25cv882 (Judge Munley) |
| **Plaintiff** | : | |
| v. | : : | |
| **ETN AMERICA INC.; and SHLOMI COHEN,** | : : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 24th day of June 2025, upon consideration of the defendants' motion for extension of time to respond to plaintiff's complaint filed with the concurrence of counsel for plaintiff, (Doc. 7), it is hereby ordered that the motion is **GRANTED** and defendants shall file their responsive pleading within **fourteen (14) days** of the date of this order.

BY THE COURT:

*s/Julia K. Munley*
**JUDGE JULIA K. MUNLEY**
**United States District Court**