FOX ROTHSCHILD LLP
Corey M. Scher, Esq.
2001 Market Street, Suite 1700
Philadelphia, PA 19103-3222
Tel: (215) 444.7269
Fax: (215) 299.2150
cscher@foxrothschild.com

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, *individually and on behalf of a class of all persons and entities similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>ETN AMERICAN INC. and SHLOMI COHEN,<br><br>Defendants. | CIVIL ACTION NO. 3:25-cv-00882-JKM |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Corey M. Scher, Esq., of the law firm Fox Rothschild LLP, hereby enters his appearance as counsel for Defendant ETN America Inc. ("ETN America") and Shlomi Cohen ("Mr. Cohen") (collectively, "Defendants"), to represent them in connection with the above-captioned proceeding.

Dated: June 24, 2025

Respectfully submitted,

/s/Corey M. Scher
Corey M. Scher, Esquire
Fox Rothschild LLP
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Tel./Fax: (215) 299-2000/2150
cscher@foxrothschild.com
*Attorneys for Defendants*