FOX ROTHSCHILD LLP
Corey M. Scher, Esq.
2001 Market Street, Suite 1700
Philadelphia, PA 19103-3222
Tel: (215) 444.7269
Fax: (215) 299.2150
cscher@foxrothschild.com

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH FRIEL, *individually and on behalf of a class of all persons and entities similarly situated,*<br><br>    Plaintiff,<br><br>    v.<br><br>ETN AMERICAN INC. and SHLOMI COHEN,<br><br>    Defendants. | CIVIL ACTION NO. 3:25-cv-00882-JKM |

**CERTIFICATE OF SERVICE**

I, Corey M. Scher, Esq., hereby certify that on June 24, 2025, I caused service of the foregoing Rule 7.1 Corporate Disclosure Statement and Certificate of Service upon all counsel *via* ECF:

Dated: June 24, 2025

Respectfully submitted,

*/s/Corey M. Scher*
Peter C. Buckley, Esquire
Corey M. Scher, Esquire
Fox Rothschild LLP
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Tel./Fax:  (215) 299-2000/2150
cscher@foxrothschild.com
*Attorneys for Defendants*
*ETN America Inc. and Shlomi Cohen*