IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL, individually and on behalf of
a class of all persons and entities similarly
situated,

        Plaintiff,

   v.

ETN AMERICA INC. and SHLOMI COHEN,

        Defendants.

Civil Action No. 3:25-cv-00882-JKM

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT**

Defendant ETN America Inc. and Defendant Shlomi Cohen (collectively, "Defendants")
respectively move for a two-week extension to answer, move, or otherwise respond to Plaintiff
Joseph Friel's ("Plaintiff") Complaint [ECF # 1]. Plaintiff does not oppose this Motion, and have
consented to Defendants' request for an extension. In support of the Motion, Defendants state as
follows:

1) On May 19, 2025, Plaintiff initiated this putative class action by filing a Complaint in
   this Court, in which Plaintiff asserts claims individually and on behalf of the putative
   class. *See* ECF # 1.

2) Defendants were served on or about June 2, 2025. *Id.* at # 6.

3) On June 23, 2025, the undersigned counsel was retained and accordingly requested a
   two-week extension to respond to the Complaint. *Id.* at # 7.

4) This Court granted an extension to respond to the Complaint to July 8, 2025. *Id.* at # 8.

5) The Parties have undergone settlement negotiations and respectfully request an
   additional two-weeks to further explore an amicable resolution.

6) Plaintiff consents to a two-week extension.

7) Granting the foregoing Motion will not impact any currently set deadlines.

8) A Certificate of Concurrence attached hereto confirms that Defendants have sought concurrence in this Motion from Plaintiff, and that Plaintiff does not oppose this Motion.

WHEREFORE, Defendant ETN America Inc. and Defendant Shlomi Cohen respectfully request that the Court grant this unopposed motion and enter an order in the form provided extending the time within which Defendants may answer, move or otherwise respond to the Complaint through July 8, 2025.


Dated: July 8, 2025                              Respectfully submitted,

                                                 /s/Corey M. Scher_____
                                                 Peter C. Buckley, Esquire
                                                 Corey M. Scher, Esquire
                                                 Fox Rothschild LLP
                                                 Two Commerce Square
                                                 2001 Market Street
                                                 Suite 1700
                                                 Philadelphia, PA 19103
                                                 Telephone:  (215) 299-2000
                                                 Facsimile:  (215) 299-2150
                                                 pbuckley@foxrothschild.com
                                                 cscher@foxrothschild.com

                                                 Attorneys for Defendants
                                                 ENT America Inc. and Shlomi Cohen