IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ETN AMERICA INC. and SHLOMI COHEN,<br><br>Defendants. | Civil Action No. 3:25-cv-00882-JKM |

**CERTIFICATE OF CONCURRENCE RELATING TO DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Local Rule 7.1 of the United States District Court for the Middle District of Pennsylvania, the undersigned counsel for Defendant ETN America Inc. and Defendant Shlomi Cohen (collectively, "Defendants") hereby certifies that counsel for Defendants have sought the concurrence in Defendants' Motion for Extension of Time to Respond to the Complaint from Plaintiff, and that counsel for Plaintiff consent to Defendants request for a two-week extension.

Dated: July 8, 2025

Respectfully submitted,

/s/Corey M. Scher
Peter C. Buckley, Esquire
Corey M. Scher, Esquire
Fox Rothschild LLP
Two Commerce Square
2001 Market Street - Suite 1700
Philadelphia, PA 19103
Telephone: (215) 299-2000
Facsimile: (215) 299-2150
pbuckley@foxrothschild.com
cscher@foxrothschild.com

Attorneys for Defendants
ENT America Inc. and Shlomi Cohen