IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL,
individually and on behalf of a class
of all persons and entities similarly
situated,
: No. 3:25cv882
:
: (Judge Munley)

    Plaintiff

  v.

ETN AMERICA INC. and SHLOMI
COHEN,

    Defendants

......................................................................................................

## ORDER

AND NOW, to wit, this 9th day of July 2025, upon consideration of the defendants' motion for extension of time to respond to plaintiff's complaint filed with the concurrence of plaintiff, it is hereby ordered as follows:

1) Defendants' motion, (Doc. 11), is **GRANTED**;

2) On or before **July 16, 2025**, the parties shall file a joint status report regarding their efforts to resolve this matter, indicating whether referral to a United States Magistrate Judge for a settlement conference would be productive; and

3) Defendants shall answer, move, or otherwise respond to the complaint on or before **July 21, 2025**;

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court