

Two Commerce Square, 2001 Market Street
Suite 1700
Philadelphia, PA 19103
215.299.2000    215.299.2150
WWW.FOXROTHSCHILD.COM

COREY M. SCHER
Direct No: 215.444.7269
Email: cscher@foxrothschild.com

July 16, 2025

The Honorable Judge Julia K. Munley (via ECF)
United States District Court Middle District of Pennsylvania
P.O. Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

  Re: *Friel v. ETN America Inc. and Shlomi Cohen*, Case No. 3:25-cv-000882-JKM

Dear Judge Munley:

  This Firm represents Defendant ETN America Inc. ("ETN America") and Defendant Shlomi Cohen ("Mr. Cohen") (collectively, "Defendants") in the above-referenced matter. We write in response to the Court's Order of July 9, 2025. *See* ECF # 12.

  The Parties are continuing to negotiate a resolution to this matter. If no resolution is reached, Defendants intend to respond to the Complaint by the deadline provided in the Order of the Court dated July 9, 2025. While Defendants have no objection on referral to a United States Magistrate Judge, the Parties are hopeful they will be able to resolve their dispute directly.

  Thank you for the Court's attention to this matter.

Respectfully submitted,

*/s/Corey M. Scher*

Corey M. Scher

CMS/rbc

cc: Anthony I. Paronich, Esq. (via ECF and email)
   Jeremy C. Jackson, Esq. (via ECF and email)
   Peter C. Buckley, Esq. (via ECF and email)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington