IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ETN AMERICA INC. and SHLOMI COHEN,<br><br>Defendants. | Civil Action No. 3:25-cv-00882-JKM |

## CERTIFICATE OF SERVICE

I, hereby certify that the foregoing Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint was electronically filed on this date; is available for viewing and downloading on the Court's CM/ECF system; and has been served on all counsel of via the Court's CM/ECF system.

Dated: July 21, 2025

Respectfully submitted,

*/s/Corey M. Scher*
Peter C. Buckley, Esquire
Corey M. Scher, Esquire
Fox Rothschild LLP
Two Commerce Square
2001 Market Street
Suite 1700
Philadelphia, PA 19103
Telephone:  (215) 299-2000
Facsimile:   (215) 299-2150
pbuckley@foxrothschild.com
cscher@foxrothschild.com

*Attorneys for Defendants*
*ENT America Inc. and Shlomi Cohen*

174739440