IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff,

v.

ETN AMERICA INC. and SHLOMI COHEN,

    Defendants.

Civil Action No. 3:25-cv-00882-JKM

FILED
SCRANTON
JUL 23 2025
PER _____
    DEPUTY CLERK

**ORDER**

AND NOW this 23rd day of July, 2025, upon the Unopposed Motion of Defendant ETN America Inc. and Defendant Shlomi Cohen or an Extension of Time to Respond to Plaintiff Joseph Friel's Complaint, (Doc. 14) it is hereby **ORDERED** that the Motion is **GRANTED**. Defendants shall answer, move, or otherwise respond to the Complaint on or before **August 11, 2025**.

_____
HON. JULIA K. MUNLEY