IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ETN AMERICA INC. and SHLOMI COHEN,<br><br>　　　　　　Defendants. | Civil Action No. 3:25-cv-00882-JKM |

**ORDER**

　　　　AND NOW this _____ day of _____, 2025, upon the Unopposed Motion of Defendant ETN America Inc. ("ETN America") and Defendant Shlomi Cohen ("Mr. Cohen") (collectively "Defendants") for an Extension of Time to Respond to Plaintiff Joseph Friel's ("Plaintiff") Complaint, it is hereby ORDERED that the Motion is Granted.  Defendants shall answer, move, or otherwise respond to the Complaint on or before August 25, 2025.

Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**HON. JULIA K. MUNLEY**

175538417