IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br>　　　　Plaintiff<br>　v.<br>ETN AMERICA INC. and SHLOMI COHEN,<br>　　　　Defendants | No. 3:25cv882<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this **12th** day of August 2025, upon consideration of the defendants' motion for extension of time to respond to plaintiff's complaint filed with the concurrence of plaintiff, it is hereby ordered as follows:

1) Defendants' motion, (Doc. 16), is **GRANTED**;

2) **On or before August 22, 2025**, the parties shall file a joint status report as to the status of the formal settlement agreement; and

3) Defendants shall answer, move, or otherwise respond to the complaint **on or before August 25, 2025**;

BY THE COURT:

*s/ Julia K. Munley*
JUDGE JULIA K. MUNLEY
United States District Court