

Two Commerce Square, 2001 Market Street
Suite 1700
Philadelphia, PA  19103
215.299.2000    215.299.2150
WWW.FOXROTHSCHILD.COM

COREY M. SCHER
Direct No: 215.444.7269
Email: cscher@foxrothschild.com

August 22, 2025

The Honorable Judge Julia K. Munley (via ECF)
United States District Court Middle District of Pennsylvania
P.O. Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

      Re:    *Friel v. ETN America, Inc. and Shlomi Cohen*, No. 3:25-cv-000882-JKM

Dear Judge Munley:

      This Firm represents Defendant ETN America Inc. and Defendant Shlomi Cohen in the above-referenced matter. I write jointly with Plaintiff Joseph Friel in response to the Court's August 12, 2025.  *See* Dkt. # 17.

      The Parties have fully executed a Conditional Settlement Agreement.  Pursuant to its terms, the Parties anticipate submitting a Stipulation of Dismissal with Prejudice within the next 90 days. Accordingly, the Parties respectfully request that the Court mark the above-referenced matter as settled pending submission of the Stipulation of Dismissal with Prejudice.

      Thank you for the Court's continued attention to this matter.

Respectfully submitted,

/s/Corey M. Scher

Corey M. Scher

CMS/lms

cc:    Anthony Paronich, Esq. (via ECF and email)
        Jeremy Jackson, Esq. (via ECF and email)
        Peter C. Buckley, Esq. (via ECF and email)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington

175960586.1