IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, | : : : : | No. 3:25cv882 (Judge Munley) |
| Plaintiff | : : | |
| v. | : : : | |
| ETN AMERICA INC. and SHLOMI COHEN, | : : : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 25th day of August 2025, upon notice to the court by counsel for defendants that the parties have executed an agreement to resolve this matter, (Doc. 18), it is hereby **ORDERED** that:

1) The Clerk of Court is directed to administratively close this case based on the settlement; and

2) The parties will have ninety (90) days to consummate the settlement and file a stipulation of dismissal.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court