# PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich

Tel. (508) 221-1510
Fax (508) 318-8100
anthony@paronichlaw.com

October 9, 2025

**Via ECF**

Honorable Julia K. Munley
United States District Judge
Middle District of Pennsylvania

    Re: *Friel v. ETN America Inc. and Shlomi Cohen*, Civil Action No. 3:25-cv-00882-JKM

Dear Judge Munley:

    Pursuant to the Court's procedures regarding discovery disputes, Plaintiff Joseph Friel and Defendants ETN America Inc. and Shlomi Cohen submit this joint letter to respectfully request a telephonic discovery conference with respect to an ongoing disagreement concerning Plaintiff's First Set of Discovery. The parties also respectfully request that the Court reopen this case, which was administratively closed on August 25, 2025, to permit adjudication of this issue.

    Pursuant to an agreement between the parties, Plaintiff served written discovery on August 20, 2025. Interrogatory No. 1 seeks the identity and contact information of the person or entity that provided the call lead resulting in ETN's alleged calls to Plaintiff. On October 6, 2025, Defendants responded with an objection, refusing to disclose the lead provider's identity on grounds of confidentiality. Defendants rely upon a contractual confidentiality agreement with the lead provider.

    Plaintiff maintains that the requested information is directly relevant to the claims asserted under the Telephone Consumer Protection Act. Confidentiality agreements do not supersede discovery obligations under the Federal Rules of Civil Procedure, and courts routinely compel disclosure of third-party lead providers in TCPA litigation. To the extent Defendants have legitimate concerns about confidentiality, Plaintiff submits that those concerns can be addressed through an appropriate protective order under Rule 26(c).

    The parties conducted a telephonic meet and confer on October 7, 2025, but were unable to resolve the matter. Because the case is currently administratively closed, Plaintiff respectfully requests that the Court reopen the action to allow the litigation to proceed. The parties further request that the Court set a telephonic discovery conference with respect to this discovery matter.

    We thank the Court for its consideration of this matter.

177943248.1

Honorable Julia K. Munley
United States District Judge
Middle District of Pennsylvania

      Re: <u>Friel v. ETN America Inc. and Shlomi Cohen</u>, Civil Action No. 3:25-cv-00882-JKM

Page 2

      Respectfully submitted,

      <u>*/s/ Anthony I. Paronich*</u>
      Anthony I. Paronich
      Paronich Law, P.C.
      Counsel for Plaintiff

      <u>*/s/ Corey M. Scher*</u>
      Corey M. Scher
      Fox Rothschild LLP
      Counsel for Defendants