IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, | No. 3:25cv882 |
| Plaintiff | (Judge Munley) |
| v. | |
| ETN AMERICA INC. and SHLOMI COHEN, | |
| Defendants | |

**ORDER**

**AND NOW**, to wit, this 19th day of December 2025, after a case management conference, it is hereby **ORDERED** that:

1. Plaintiff shall file a motion to compel regarding the parties' settlement-related discovery dispute and a brief in support on or before **January 5, 2026**;

2. Defendant's brief in opposition is due or before **January 19, 2026**; and

3. Plaintiff may file a reply brief on before **January 26, 2026**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court