UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>ETN AMERICA INC. and SHLOMI COHEN,<br><br>                Defendants. | Civil Action No.: 3:25-cv-00882-JKM |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' RESPONSE TO PLAINTIFF'S LIMITED DISCOVERY INTERROGATORY**

Defendants ETN America, Inc. ("ETN") and Shlomi Cohen ("Cohen" and collectively with ETN, "Defendants") by and through undersigned counsel, respectfully submit this response to Plaintiff Joseph Friel's ("Plaintiff") Motion to Compel Defendants' Response to Plaintiff's Limited Discovery Interrogatory ("Motion").

The Motion seeks to compel Defendants to respond in full to a single interrogatory requesting that Defendants "Identify the name, address, and contact information of the person(s) or entity(ies) that provided the call lead resulting in ETN's alleged calls to Plaintiff."

ETN and the party that provided the call lead resulting in ETN's alleged calls to Plaintiff (the "Lead Seller") are parties to a written agreement, which provides in relevant part as follows:

> 6. Confidentiality.
>
> a. "Confidential Information" means any information, data or know-how, whether in oral, written or electronic form (including, without limitation, that relating to developments, methods, inventions, processes, technology, research, engineering, designs, intellectual property, business plans, operations, current or prospective customers or suppliers, agreements with third parties, prices and costs, marketing, budgets or finances) that (A) is disclosed by the disclosing party or its

1

> Representatives to, or that is otherwise learned by, the receiving party or its Representatives in the course of discussions or business dealings with the disclosing party, and (B) has been identified as being proprietary and/or confidential or, by the nature of the circumstances surrounding the disclosure or receipt, reasonably ought to be treated as proprietary and/or confidential. Confidential Information also includes, but is not limited to, the terms of this Agreement. Confidential Information does not include information, data or know-how that (i) was legally within the receiving party's knowledge or possession prior to receipt from the disclosing party, (ii) is or becomes generally known to the public other than by a breach of this Agreement, (iii) is lawfully received from a third party who did not have confidentiality obligations to the disclosing party with respect thereto; or (iv) is independently developed by the receiving party without reference to or disclosure of the Confidential Information of the disclosing party, in each case as evidenced by the receiving party's records.
>
> b. During the term of this Agreement and for two (2) years thereafter, neither party shall disclose any Confidential Information of the other party except: (i) as expressly permitted by this Agreement; (ii) as may be required by law, regulation, or order of a court or government agency of competent jurisdiction (provided such other party is given prior written notice of such disclosure requirement and a reasonable time to contest or prevent such disclosure); or (iii) on a need-to-know basis to Representatives who are bound by obligations of confidentiality protecting the Confidential Information at least as stringent as those provided in this Section 6.

*See* Declaration of Corey M. Scher ("Scher Decl.") ¶ 2 (citing Exhibit A).

The Lead Seller has been furnished with a copy of the interrogatory and the Motion. *See id.* ¶ 3. In response to the Motion, the Lead Seller asserts as follows: "we object to any disclosure of our identity and note that disclosure would violate the confidentiality provisions of our agreement." *Id.* at ¶ 4.

Defendants respectfully submit the Lead Seller's position for the Court's consideration.

Dated: January 19, 2026

Respectfully submitted,

*/s/Corey M. Scher*
FOX ROTHSCHILD LLP
Corey M. Scher
2001 Market Street, 17th Floor
Philadelphia, PA 19103-3222
Tel./Fax: 215.299.2000/2150
cscher@foxrothschild.com
*Attorney for Defendants*

2