UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ETN AMERICA INC. and SHLOMI COHEN,<br><br>　　　　　　Defendants. | Civil Action No.: 3:25-cv-00882-JKM<br><br>**DECLARATION OF<br>COREY M. SCHER** |

　　　　I, Corey M. Scher, of full age, hereby certifies that I am an attorney for Defendant ETN America Inc. ("ETN America") and Defendant Shlomi Cohen ("Mr. Cohen") (collectively, "Defendants") in the above-captioned action. I make this Certification based upon my personal knowledge and in support of Defendants' Response To Plaintiff's Motion To Compel (the "Motion") Defendants' Response To Plaintiff's Limited Discovery Interrogatory.

　　　　1.　　Attached hereto as Exhibit A is a true and accurate copy of Plaintiff Joseph Friel's ("Plaintiff") Interrogatory and Defendants' response thereto. Therein, Plaintiff requests that Defendants "Identify the name, address, and contact information of the person(s) or entity(ies) that provided the call lead resulting in ETN's alleged calls to Plaintiff" (the "Lead Seller").

　　　　2.　　The Lead Seller has been furnished with a copy of Exhibit A and Plaintiff's Motion.

　　　　3.　　In response to the Motion, the Lead Seller asserts as follows: "we object to any disclosure of our identity and note that disclosure would violate the confidentiality provisions of our agreement."

Dated: January 19, 2026　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/Corey M. Scher
　　　　　　　　　　　　　　　　　　　　　　　　FOX ROTHSCHILD LLP
　　　　　　　　　　　　　　　　　　　　　　　　Corey M. Scher
　　　　　　　　　　　　　　　　　　　　　　　　cscher@foxrothschild.com
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*