# EXHIBIT

# A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ETN AMERICA INC. and SHLOMI COHEN, <br><br> Defendants. | Civil Action No. 3:25-cv-00882-JKM |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S FIRST SET OF DISCOVERY INTERROGATORIES

**INTERROGATORY NO. 1**

Identify the name, address, and contact information of the person(s) or entity(ies) that provided the call lead resulting in ETN's alleged calls to Plaintiff.

**OBJECTION TO INTERROGATORY NO. 1:**

Defendants object to the Interrogatory on the basis of confidentiality, including on the basis that a written agreement between ETN America Inc. and the entity that provided the lead resulting in ETN's alleged calls to Plaintiff provides in relevant part as follows:

    6.    Confidentiality.

    a.    "Confidential Information" means any information, data or know-how, whether in oral, written or electronic form (including, without limitation, that relating to developments, methods, inventions, processes, technology, research, engineering, designs, intellectual property, business plans, operations, current or prospective customers or suppliers, agreements with third parties, prices and costs, marketing, budgets or finances) that (A) is disclosed by the disclosing party or its Representatives to, or that is otherwise learned by, the receiving party or its Representatives in the course of discussions or

1

business dealings with the disclosing party, and (B) has been identified as being proprietary and/or confidential or, by the nature of the circumstances surrounding the disclosure or receipt, reasonably ought to be treated as proprietary and/or confidential. Confidential Information also includes, but is not limited to, the terms of this Agreement. Confidential Information does not include information, data or know-how that (i) was legally within the receiving party's knowledge or possession prior to receipt from the disclosing party, (ii) is or becomes generally known to the public other than by a breach of this Agreement, (iii) is lawfully received from a third party who did not have confidentiality obligations to the disclosing party with respect thereto; or (iv) is independently developed by the receiving party without reference to or disclosure of the Confidential Information of the disclosing party, in each case as evidenced by the receiving party's records.

      b.     During the term of this Agreement and for two (2) years thereafter, neither party shall disclose any Confidential Information of the other party except: (i) as expressly permitted by this Agreement; (ii) as may be required by law, regulation, or order of a court or government agency of competent jurisdiction (provided such other party is given prior written notice of such disclosure requirement and a reasonable time to contest or prevent such disclosure); or (iii) on a need-to-know basis to Representatives who are bound by obligations of confidentiality protecting the Confidential Information at least as stringent as those provided in this Section 6.

| | |
|---|---|
| Dated: October 6, 2025 | */s/Corey M. Scher* <br> Corey M. Scher <br> Fox Rothschild LLP <br> 2001 Market Street, Suite 1700 <br> Philadelphia, PA 19103 <br> cscher@foxrothschild.com <br> Tel./Fax: 215.299.2000/2150 <br><br> *Attorney for Defendants* |

2

177818584.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ETN AMERICA INC. and SHLOMI COHEN,<br><br>Defendants. | Civil Action No. 3:25-cv-00882-JKM<br><br>**CERTIFICATE OF SERVICE** |

I, Corey M. Scher, Esq. hereby certify that I caused a true and accurate copy of the foregoing Defendants' Objection Defendants' Objection to Plaintiff's First Set of Discovery and the foregoing Certificate of Service were served via email upon:

Anthony Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Jeremy C. Jackson, Esq.
Bower Law Associates, PLLC
403 South Allen Street, Suite 210
State College, PA 16801
jjackson@bower-law.com

Dated: October 6, 2025

Respectfully submitted,

*/s/Corey M. Scher*
Peter C. Buckley, Esquire
Corey M. Scher, Esquire
Fox Rothschild LLP
Two Commerce Square
2001 Market Street
Suite 1700
Philadelphia, PA 19103
Telephone: (215) 299-2000
Facsimile: (215) 299-2150
pbuckley@foxrothschild.com
cscher@foxrothschild.com

*Attorneys for Defendants*
*ENT America Inc. and Shlomi Cohen*