UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>ETN AMERICA INC. and SHLOMI COHEN,<br><br>  Defendants. | Civil Action No.: 3:25-cv-00882-JKM<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this 19th day of January, 2026, I electronically filed Defendants' Response To Plaintiff's Motion To Compel Defendants' Response To Plaintiff's Limited Discovery Interrogatory, Declaration of Corey M. Scher, Exhibit A, and a Certificate of Service with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

| | |
|---|---|
| Anthony I. Paronich, Esq.<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA  02043<br>Ph:  (617) 485-0018<br>anthony@paronichlaw.com<br><br>*Attorneys for Plaintiff JOSEPH FRIEL* | Jeremy C. Jackson, Esq.<br>BOWER LAW ASSOCIATES, PLLC<br>403 South Allen Street, Suite 210<br>Ph:  (814) 234-2626<br>Fx:  (814) 237-8700<br>jjackson@bower-law.com<br><br>*Attorneys for Plaintiff JOSEPH FRIEL* |

Dated: January 19, 2026

Respectfully submitted,

*/s/Corey M. Scher*
FOX ROTHSCHILD LLP
Corey M. Scher
2001 Market Street, 17th Floor
Philadelphia, PA 19103-3222
cscher@foxrothschild.com