IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>ETN AMERICA INC. and SHLOMI COHEN<br><br><br>　　　　　Defendants. | Case No.  25-cv-882<br><br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANTS' RESPONSE TO PLAINTIFF'S LIMITED DISCOVERY INTERROGATORY**

　　Defendants' Opposition adds nothing of substance and confirms that their sole basis for refusing to answer Interrogatory No. 1 is a private confidentiality agreement and the Lead Seller's preference not to be identified. That position is legally insufficient. Confidentiality agreements do not create a privilege and cannot override Defendants' discovery obligations under the Federal Rules. Defendants' own agreement expressly permits disclosure when required by court order, which is precisely the relief Plaintiff seeks. The identity of the lead provider is directly relevant, narrowly tailored, and central to resolving this case as contemplated by the parties' conditional settlement and limited discovery agreement. To the extent Defendants or the Lead Seller have legitimate confidentiality concerns, those concerns are appropriately addressed through a protective order—not outright refusal to respond.

　　Accordingly, the Court should compel Defendants to provide a complete answer to Interrogatory No. 1.

Dated:  January 19, 2026

/s/ *Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*